IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JAN S. GALLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0198 |
| ) | |
| US INVESTIGATION SERVICES, ) | |
| PROFESSIONAL SERVICES ) | |
| DIVISION, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

(1) Defendant's Motion to Dismiss Counts 2-6 of the Complaint is GRANTED in part and DENIED in part, in that Count 2, Count 4, Count 5, and Count 6 of Plaintiff's Complaint are DISMISSED;

(2) Defendant's Motion to Strike Plaintiff's Demand for Trial by Jury is GRANTED;

(3) and Plaintiff shall have fourteen (14) days within which to file an amended complaint.

_____/s/_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 8, 2006